NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-431

TONYA WILLIAMSON

VERSUS

SOUTHWEST BEVERAGE CO., INC.

**\*\*\*\*\*\*\*\*\*\***
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-2445
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE
**\*\*\*\*\*\*\*\*\*\***

**GLENN B. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Glenn B. Gremillion, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

**Edward J. Fonti**
**Jones, Tete, Fonti & Belfour, L.L.P.**
**P. O. Box 1930**
**Lake Charles, LA 70602-1930**
**(337) 439-8315**
**Counsel for Plaintiff/Appellant:**
     **Tonya Williamson**

**Donald C. Brown**
**Woodley, Williams Law Firm, LLC**
**P. O. Drawer 3731**
**Lake Charles, LA 70602-3731**
**(318) 433-6328**
**Counsel for Defendant/Appellee:**
      **Southwest Beverage Co., Inc.**